

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

## No. 02-18-00133-CV

_____

ESTATE OF FLOELLA FLORENCE WILLIAMS, DECEASED

On Appeal from the 43rd District Court
Parker County, Texas
Trial Court No. CV17-1353

Before Kerr, Pittman, and Birdwell, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered appellants' "Unopposed Motion for Voluntary Dismissal of Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellants must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered:  October 18, 2018